1  CAROL C. LAM
United States Attorney
2  STEVEN DE SALVO
Assistant United States Attorney
3  California State Bar No. 199904
United States Attorney's Office
4  Federal Office Building
880 Front Street, Room 6293
5  San Diego, California 92101
Telephone: (619) 557-7032
6
Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

```
┌──────────────────────────┐
│          FILED           │
│                          │
│       FEB 0 1 2007       │
│                          │
│   CLERK, U.S. DISTRICT COURT   │
│ SOUTHERN DISTRICT OF CALIFORNIA │
│ BY                  DEPUTY │
└──────────────────────────┘
```

8
UNITED STATES DISTRICT COURT
9
SOUTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No.  07MJ0130 |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF FACT AND JOINT** |
| v. | ) | **MOTION FOR RELEASE OF** |
| | ) | **MATERIAL WITNESS(ES) AND** |
| JOSE MEJIA-CRUZ, | ) | **ORDER THEREON** |
| | ) | |
| Defendant. | ) | |
| | ) | **(Pre-Indictment Fast-Track Program)** |

16      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and

18  Steven De Salvo, Assistant United States Attorney, and defendant JOSE MEJIA-CRUZ, by and

19  through and with the advice and consent of defense counsel, Frank Anthony Balistrieri, Esq., that:

20      1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

21  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

23  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24  of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

25  and (v)(II).

26  //

27  //

28  //

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2 provide the signed, original plea agreement to the Government not later than five business days

3 before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5 before **Feburary 19, 2007**.

6    4.    The material witnesses, Martin Garcia-Larious, Jose Luis Galindo-Lara and

7 Arturo Vasquez-Velasco, in this case:

8            a.    Are aliens with no lawful right to enter or remain in the United States;

9            b.    Entered or attempted to enter the United States illegally on or about

10 January 17, 2007;

11           c.    Were found in a vehicle driven by defendant near Jacumba, California and that

12 defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right

13 to enter or remain in the United States;

14           d.    Were paying unknown amounts-$1,000 to others to be brought into the United

15 States illegally and/or transported illegally to their destination therein; and,

16           e.    May be released and remanded immediately to the Department of Homeland

17 Security for return to their country of origin.

18    5.    After the material witnesses are ordered released by the Court pursuant to this

19 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

21 including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

22           a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

23 substantive evidence;

24           b.    The United States may elicit hearsay testimony from arresting agents

25 regarding any statements made by the material witness(es) provided in discovery, and such testimony

26 shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

27 of (an) unavailable witness(es); and,

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Mejia-Cruz                    2                    07MJ0130

1           c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2 "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3 and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4 waives the right to confront and cross-examine the material witness(es) in this case.

5       6.     By signing this stipulation and joint motion, defendant certifies that defendant has

6 read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7 further that defendant has discussed the terms of this stipulation and joint motion with defense

8 counsel and fully understands its meaning and effect.

9      Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10 immediate release and remand of the above-named material witness(es) to the Department of

11 Homeland Security for return to their country of origin.

12      It is STIPULATED AND AGREED this date.

13                           Respectfully submitted,

14                           CAROL C. LAM
                            United States Attorney

15

16 Dated: 2/1/07

17                        for STEVEN DE SALVO
                           Assistant United States Attorney

18 Dated: 1-29-07

19                        FRANK ANTHONY BALISTRIERI
                         Defense Counsel for JOSE MEJIA-CRUZ

20

21 Dated: 1-29-07

22                        JOSE MEJIA-CRUZ
                         Defendant

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Jose Mejia-Cruz          3             07MJ0130

1

# ORDER

2    Upon joint application and motion of the parties, and for good cause shown,

3    **THE STIPULATION** is admitted into evidence, and,

4    **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5 forthwith to the Department of Homeland Security for return to their country of origin.

6    **SO ORDERED.**

7    Dated: 2/1/07

8                            United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Mejia-Cruz       4        07MJ0130

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
          Plaintiff )
        )
        )
       vs. )
*Jose Mejia-Cruz* )
          )
       Defendant(s) )
        )

CRIMINAL NO. _07MJ0130_

### ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

*Martin Garcia-Larious*

DATED: _2/1/07_

**ANTHONY J. BATTAGLIA**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by

**Deputy Clerk**

☆ U.S. GPO: 2003-561-774/70082

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )
                                        )
                 Plaintiff              )       CRIMINAL NO. _O7MJ0130_
                                        )
                                        )              ORDER
            vs.                         )
                                        )       RELEASING MATERIAL WITNESS
  *Jose Mejia - Cruz*                    )
                                        )
              Defendant(s)               )       Booking No.
                                        )
_____)

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

*Jose Luis Galindo - Lara*

DATED: _2/1/07_

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                      OR
                  DUSM

                              W. SAMUEL HAMRICK, JR.   Clerk
                              by
                                        Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70082

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
      Plaintiff                )
                     )
      vs.                )
*Jose Mejia - Cruz*                )
      Defendant(s)                )
_____ )

CRIMINAL NO. _07MJ 0130_

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted / Case Disposed / Order of Court).

*Arturo Vasquez - Velasco*

DATED: ___2/1/07___

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
              Deputy Clerk